ASHER HOLZMAN and Others, Copartners, etc., Appellants, v. WILLIAM G. RODGERS and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDWIN S. RIKER, Respondent, v. VINCENT C. PEPE and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the defendants, having pleaded payment, have the burden of proving the same and, therefore, are entitled to the examination sought. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM F. STONE, Appellant, v. FRIESTEDT UNDERPINNING COMPANY, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND and Others, Appellants, v. THOMPSON-STARRETT COMPANY, Respondent, Impleaded with Others, Defendants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EMLEN S. HARE, Appellant, Respondent, v. THE KELLY-SPRINGFIELD MOTOR TRUCK COMPANY, Respondent, Appellant.— Orders affirmed, with ten dollars costs and disbursements to the defendant. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of ADAM J. JOERGER, Appellant, v. EDWIN J. O'MALLEY, as Commissioner of Public Markets, Respondent, for an Order to Compel Said Commissioner to Consent to the Assignment, etc., of a Lease, etc.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinon. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin JJ.

E. & J. BASS, INC., Respondent, v. ALFRED A. HERBERT, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAURICE A. MACK, Respondent, v. ERNEST F. DUNHAM and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN J. KANE, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DANIEL MARESCA, Appellant, v. JENNIE MARESCA, Respondent.— Order modified by reducing amount which plaintiff is directed to pay to defendant as and for counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

VINCENT CAMOVITO v. MARLBOROUGH CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH M. BAUM, as Trustee, etc., v. THE BRONX NATIONAL BANK OF THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch. McAvoy and Martin, JJ.